[No. 3724–II. Division Two. January 7, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
R. CARPENTER, *Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. C–6199, Gerry L. Alexander, J.,

entered September 8, 1978. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Soule, J.